
AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Funds not to exceed $154,500 from PNC Bank ) Case No. 2:23-cr-00074
Account as set forth more fully in the Affidavit of SA )
Iris Jolliff )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of South Carolina is subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1)(c) *(describe the property)*:

Funds not to exceed $154,500.00 in an account at PNC Bank. See attached Affidavit of SA Iris Jolliff.

The application is based on these facts:

See Attached Affidavit of Iris Jolliff.

☐ Continued on the attached sheet.

*Applicant's signature*

Special Agent Iris Jolliff
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: February 01, 2023

*Judge's signature*

City and state: Charleston, South Carolina

The Honorable Mary Gordon Baker
*Printed name and title*